ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                        )
                                                   )
SBH Services & CORE Construction                   )   ASBCA No. 63442
  J/V II, LLC                                       )
                                                   )
Under Contract No. W912QR-14-C-0001                )

APPEARANCE FOR THE APPELLANT:      Jon M. DeVore, Esq.
                                     Birch Horton Bittner & Cherot, P.C.
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   James M. Inman, Esq.
                                     Engineer Trial Attorney
                                     U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 2, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63442, Appeal of SBH Services & CORE Construction J/V II, LLC, rendered in conformance with the Board's Charter.

Dated: May 2, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals